UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARTURO C. ESPINOZA, | ) | |
| Plaintiff, | ) | Case No. CV 16-01863 AJW |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

June 8, 2017

ANDREW J. WISTRICH
United States Magistrate Judge