IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ARTURO ESPINOZA,

    Plaintiff,

  v.                              Civil Action No.: 5:16-cv-1863-AJW
                                  (Magistrate Judge Andrew J. Wistrich)

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

### ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,800.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.



Dated: September 12, 2017          _____
                                          Andrew J. Wistrich
                                          United States Magistrate Judge